UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ERNESTO DEJESUS,

                Plaintiff,

           vs.

DR. LESTER WRIGHT and
DR. MARIO DOUYON DE AZEVEDO,

                Defendants.

No. 9:06-CV-1496
(J. Scullin)

---

APPEARANCES:

ERNESTO DEJESUS,
*Plaintiff Pro Se*
#04-A-3038
Franklin Correctional Facility
PO Box 10
Malone, NY  12953

OFFICE OF THE ATTORNEY GENERAL
State of New York
Attorney for Respondent
The Capitol
Albany, NY  12224

OF COUNSEL

ADELE M. TAYLOR-SCOTT, ESQ.
Assistant Attorney General

**FREDERICK J. SCULLIN, JR., S.J.**

## DECISION AND ORDER

Currently before the Court is Magistrate Judge Gustave J. DiBianco's Report-Recommendation filed August 7, 2009 to which the parties have filed no objections. On August 24, 2009, Senior Judge Frederick J. Scullin extended the plaintiff's deadline to submit objections

to Magistrate Judge DiBianco's Report-Recommendation to on or before August 31, 2009. Thereafter, plaintiff has filed no objections to said Report-Recommendation. Accordingly, the Court having reviewed that Report and Recommendation and the entire file in this matter, the Court hereby

**ORDERS** that the Report-Recommendation of Magistrate Judge Gustave J. DiBianco filed August 7, 2009 is **ACCEPTED** in its entirety, for the reasons stated therein, and the Court further

**ORDERS** that the motion for summary judgment on behalf of defendants, Drs. Wright and De Azevedo is **GRANTED**, and the Court further

**ORDERS** that the remaining claims are **DISMISSED IN THEIR ENTIRETY**, and the Court further

**ORDERS** that the Clerk of the Court is to enter judgment in favor of the defendants and close this case.

**IT IS SO ORDERED.**

Dated:   September 10, 2009
         Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge